# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2020

162400(86)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID JOHN WILLIAMS,
        Defendant-Appellant.

_____/

SC: 162400
COA: 345720
Saginaw CC: 17-043666-FH

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application and to exceed the page limitation is GRANTED. The supplement submitted on December 28, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2020



Clerk